**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gonzalo GARCIA, Jr., Defendant–Appellant.**

**No. 09–41012**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 14, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Guillermo Ruben Garcia, Laredo, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gonzalo Garcia, Jr., has moved for leave to withdraw in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia has not filed a

response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's separate motion for leave to withdraw because of his possible appointment as a United States Magistrate Judge is DENIED as unnecessary.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.